UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MAURICIO AGUILAR GAMAS and ANGEL MARTINEZ, on behalf of themselves and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT FARMS, INC., ALICE H. SCOTT, LINWOOD H. SCOTT, JR., LINWOOD H. SCOTT III, and DEWEY SCOTT, <br><br> Defendants. | CLASS ACTION <br><br> Civil Action No.: <br> 5:13-CV-447-FL |

Order

THIS MATTER coming on to be heard before the undersigned Judge presiding in the United States District Court for the Eastern District of North Carolina, on the parties' Joint Motion for Extension of Time Pursuant to Rules 6(b) and 16(b)(4), Fed. R. Civ. P., and the Court having heard and considered this matter being of the opinion that this motion should be allowed;

NOW, THEREFORE, the joint motion for an extension of all pending deadlines through and including 30 days after the date on which the Court determines whether to grant final approval of the settlement agreement in this case is GRANTED.

SO ORDERED this the 18th day of Sept., 2014.

_____
U.S. District Judge