UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:13-CV-447-FL

| | |
|---|---|
| MAURICIO AGUILAR GAMAS and ANGEL MARTINEZ on behalf of themselves and all other similarly situated persons, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SCOTT FARMS, INC., ALICE H. SCOTT, LINWOOD H. SCOTT, JR., LINWOOD H. SCOTT III, and DEWEY R. SCOTT, | ) ) ) ) |
| Defendants. | ) ) ) ) |

ORDER APPROVING CONTENT OF NOTICE TO CLASS MEMBERS
AND METHOD OF DISTRIBUTION OF CLASS NOTICE

This matter is before the Court on the Joint Motion by the named Plaintiffs and the

Defendants to Approve Notice to Class and Collective Action Members and to Approve Method for

Distributing Notice. In support of their Joint Motion, the named Plaintiffs and the Defendants have

filed a stipulated notice and method of distribution. The proposed content and method of

distribution for that notice are consistent with that previously approved for use in other similar wage

actions before the federal courts of this state. *See Haywood v. Barnes*, 109 F.R.D. 568 (E.D.N.C.

1986). They also appear to be reasonably calculated to provide the best notice practicable under the

circumstances of this case.

The proposed Notice to Class Action Members of Proposed Settlement, Deadline for

Objections, and Opportunity to Withdraw (the "Notice") is both a neutral and comprehensive

document that fairly apprises the Plaintiff Class Members of (i) the pendency of the class action,

(ii) the substance of the litigation, (iii) the reasons for compromising the claims, (iv) the terms of

the proposed settlement, and (v) the opportunity to withdraw.  The Notice also provides the

Plaintiff Class Members with an opportunity to obtain any necessary further information, and

apprises them of their right to object to the settlement, the objection deadline, and the date of the

hearing on this Court's final approval, if any, of the Settlement Agreement.

The Court therefore formally approves the content of the Notice attached to the Joint

Motion, as well as the method of distribution for the Notices to class and collective action members

set out in the Joint Motion. The Notice shall be distributed to the members of the class previously

certified by this Court within thirty (30) days of the date of this Order.


IT IS SO ORDERED.


This the 24th day of _____ December, 2014 _____.


_____
U.S. District Judge