
FILED IN OPEN COURT
ON 9-14-15 KM
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:13-CV-447-FL

MAURICIO AGUILAR GAMAS and ANGEL )
MARTINEZ on behalf of themselves )
and all other similarly situated )
persons, )
)
)
Plaintiffs, )
)
v. )
)
)
SCOTT FARMS, INC., ALICE H. SCOTT, )
LINWOOD H. SCOTT, JR., LINWOOD H. )
SCOTT III, and DEWEY R. SCOTT, )
)
Defendants. )
)
)

## ORDER GRANTING FINAL APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT

This matter comes before the Court on the parties' Joint Motion for Final Approval of Collective Action and Class Action Settlement ("Joint Motion"). The Parties have jointly requested the Court to approve the Settlement Agreement ("Agreement") (attached as Exhibit 1 to the Joint Motion for Final Approval of Collective Action and Class Action Settlement) and have mutually agreed to the entry of this Order granting final approval of the settlement.

Having reviewed the Joint Motion, Joint Memorandum in support thereof, and the Settlement Agreement, along with the files and records of this case, the Court now FINDS, CONCLUDES, DECREES and ORDERS as follows:

(1) This Court has jurisdiction over the subject matter of the litigation and over all parties to this litigation, including all members of the certified class.

(2) Neither the Settlement, nor this final approval order, nor the fact of a settlement, are an admission or concession by the Defendants of any liability or wrongdoing whatsoever.

(3) Counsel for the Plaintiffs have adequately represented Plaintiff class members to date.

(4) Plaintiff class members have been provided proper and adequate notice of the terms of this Settlement Agreement, as well as the applicable dates and procedure by which to submit any objections. No such objections to the terms of the Settlement Agreement, or the Settlement Agreement's final approval by this Court, have been received from any Plaintiff class member.

(5) The terms of the Settlement are hereby approved. The Court granted preliminary approval of the Settlement and of the joint motion for class notice on December 24, 2014, DE 82, and Plaintiffs' counsel provided timely notice to the class. After holding a Fairness Hearing on September 14, 2015, the Court finds that the Settlement is fair and adequate and a reasonable and equitable compromise of the claims in this case; that the Settlement is the result of extensive, arms-length bargaining between the parties, after Plaintiffs' Counsel had investigated the class claims and became familiar with the strengths and weaknesses of the case; that the Settlement is in the best interest of the named Plaintiffs and of the class they have been certified to represent; and that the Settlement falls within the range of reasonableness and of final approval.

SO ORDERED

This the 14 day of Sept. 2015.

_____
United States Senior District Judge W. Earl Britt

2